JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PILYAVSKY,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY;<br>ALLIANZ ASSET MANAGEMENT<br>HEALTH AND WELFARE PLAN,<br><br>Defendants. | Case No. 8:19-cv-00825-JLS (KESx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Josephine L. Staton<br><br>Complaint Filed: May 2, 2019 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 8:19-cv-00825 JLS (KESx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: 04/01/2020

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
United States District Court Judge